

Entered on Docket
November 01, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:
SHARRENE L PETERSON

CHAPTER 13
CASE NO: BKS-09-26771-MKN

Hearing Date: October 21, 2010
Hearing Time: 1:30 pm

**ORDER CONFIRMING THE DEBTOR(S) PLAN #3 and AWARDING**
**FEES TO THE DEBTOR(S) ATTORNEY**

The confirmation of the Debtor's Plan and the allowance of Debtor attorney fees, having come on for hearing before the United States Bankruptcy Court, and there appearing the Chapter 13 Trustee or designee, and with good cause appearing, it is hereby

ORDERED that any Objections to Confirmation have been resolved, and it is further

ORDERED that the Court finds that Debtor(s) have filed all documentation required by 11 U.S.C. § 521(a)(1) and the requirements for Confirmation pursuant to 11 U.S.C §1325 have been met; and it is further

ORDERED that the CHAPTER 13 PLAN #3, filed 10/17/2010, Docket #62, is confirmed; it is further

ORDERED that, pursuant to 11 U.S.C. § 330, the fees in the amount of $6,073.00 of which $2,500.00 was paid to such attorney prior to the filing of the petition and the balance of $3,573.00 which shall be paid by the Trustee pursuant to the Plan, shall be approved.

Submitted by:

/s/Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

Approved

 /s/HAINES & KRIEGER L.L.C.
HAINES & KRIEGER L.L.C.
1020 Garces Ste 100,
Las Vegas, NV  89101

Rev 12/8/2006